## A02A1380. BODNE v. BODNE.
### (605 SE2d 842)

MILLER, Judge.
  In *Bodne v. Bodne*, 277 Ga. 445 (588 SE2d 728) (2003), the Supreme Court of Georgia reversed the judgment of this Court in *Bodne v. Bodne*, 257 Ga. App. 761 (572 SE2d 95) (2002). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.
  *Judgment affirmed. Blackburn, P. J., and Johnson, P. J., concur.*

DECIDED OCTOBER 19, 2004.

*Warner, Mayoue, Bates, Nolen & Collar, John C. Mayoue, Pamela J. Gray, Hope C. Allen*, for appellant.
  *James M. Allison, Jr.*, for appellee.